1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| ESTER BURNETT, | CASE NO. 09 CV 2682 MMA (BLM) |
| Petitioner, | **ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE;** |
| vs. | [Doc. No. 10] |
| | **OVERRULING PETITIONER'S OBJECTIONS;** |
| JAMES YATES, Warden, | [Doc. No. 11] |
| Respondent. | **DENYING PETITION FOR WRIT OF HABEAS CORPUS** |
| | [Doc. No. 1] |

12
13
14
15
16
17
18
19
20
21

22    Petitioner Ester Burnett, a state prisoner proceeding *pro se* and *in forma pauperis*, filed a

23   first amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 [Doc. No. 5],

24   challenging a decision by the prison's senior disciplinary hearing officer that Petitioner was guilty

25   of "delaying a peace office in the performance of his duties" when Petitioner refused to cooperate

26   when being transferred to another facility.  The hearing officer assessed Petitioner thirty days

27   forfeiture of good time.  [*Id*. at p.7-8.]  Respondent filed an answer to the petition on March 12,

28   2010 [Doc. No. 8], and Petitioner filed a traverse on April 5, 2010 [Doc. No. 9].  The matter was

1   referred to United States Magistrate Judge Barbara L. Major for preparation of a Report and

2   Recommendation under 28 U.S.C. § 636(b) and Civil Local Rule 72.1(d).

3        Judge Major issued a well-reasoned and thorough Report recommending the first amended

4   petition be denied in its entirety.  Petitioner timely filed objections, challenging the findings and

5   conclusions of law set forth in the Report and Recommendation.  [Doc. No. 11.]  Respondent did

6   not file an objection to the Report, or a response to Petitioner's objections.

7        Under 28 U.S.C. § 636(b)(1), in reviewing a magistrate judge's report and

8   recommendation, the district court "shall make a *de novo* determination of those portions of the

9   report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the

10  findings or recommendations made by the magistrate judge."  Here, Petitioner objects to the

11  entirety of the Report.  [Doc. No. 11, ¶1.]  Primarily, Petitioner asserts Sergeant Trujillo's written

12  report and statement given during the hearing do not have any indicia of reliability because

13  Sergeant Trujillo's underlying conduct violated several provisions of the California Code of

14  Regulations.  [*Id*. at ¶¶26-28.]  The Court has considered the merits of each of Petitioner's

15  objections, as well as Petitioner's request that the Report and Recommendation be rejected as a

16  whole.  With respect to Petitioner's objections to the findings of fact detailed in the Report, the

17  Court overrules the objections, as they are amply supported by the record.  Petitioner's objections

18  to the conclusions of law are similarly without merit, and are therefore, overruled.  Judge Major

19  identified the correct legal standards, applied each standard correctly, considered relevant case

20  law, and reached sound conclusions that this Court has no reason to reject.

21       Having reviewed the Report and Recommendation and the files and records herein, the

22  Court **ADOPTS** the Report and Recommendation in its entirety.  Accordingly, the Court **DENIES**

23  Petitioner's first amended petition for writ of habeas corpus.

24  **CERTIFICATE OF APPEALABILITY**

25       "The district court must issue or deny a certificate of appealability when it enters a final

26  order adverse to the applicant."  Rule 11 foll. 28 U.S.C. § 2254.  A petitioner may not seek an

27  appeal of a claim arising out of a state court detention unless the petitioner first obtains a

28  certificate of appealability from a district judge or circuit judge under 28 U.S.C. § 2253.  Fed. R.

1  App. Proc. 22(b).  Under 28 U.S.C. § 2253(c), a certificate of appealability will issue only if the

2  petitioner makes a substantial showing of the denial of a constitutional right.

3         For the reasons set forth in the Report and Recommendation, Petitioner has not made a

4  substantial showing of the denial of a constitutional right.  Accordingly, a certificate of

5  appealability should not issue in this action.

6         **IT IS SO ORDERED.**

7

8  DATED:  September 7, 2010

9

10                                              Hon. Michael M. Anello
                                                United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28